In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Water Mains, and Appurtenances of the NEW YORK WATER SERVICE CORPORATION, Respondent.

Argued April 16, 1947; decided May 15, 1947.

*Charles E. Murphy, Corporation Counsel (Andrew Bellanca, Stanley Buchsbaum* and *William A. Marks* of counsel), for appellant.

*C. O. Donahue, George B. Boochever, Russel H. Neilson* and *Franklin S. Wood* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.